UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| URE NSP CORPORATION )<br>)<br>Plaintiff, )<br>)<br>) COURT NO.: 23-00154<br>) and Attached Schedule<br>v. )<br>)<br>UNITED STATES CUSTOMS )<br>AND BORDER PROTECTION )<br>)<br>Defendant. )<br>) | |

**NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE** that Plaintiff, URE NSP Corporation, ("URE NSP"), pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action listed on the attached schedule.

Dated: November 08, 2023

                                                                                                              Respectfully submitted,

                                                                                                              /s/ Shanshan Liang
                                                                                                              Shanshan Liang, Esq.
                                                                                                              Florida Bar No. 112991
                                                                                                              sliang@customscourt.com
                                                                                                              Liang + Mooney, PLLC
                                                                                                              2104 Delta Way #1
                                                                                                              Tallahassee, FL 32303
                                                                                                              (850) 893-0670
                                                                                                              *Counsel to Plaintiff*

2

**Schedule to Notice of Dismissal**

| Court Number | Plaintiff Name | Protest Numbers | Entry Numbers |
|---|---|---|---|
| 23-00154 | URE NSP CORPORATION | 140122106862<br>140122106870 | 79121176767<br>79121176775 |

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| URE NSP CORPORATION | ) |
| Plaintiff, | ) ) ) |
| | ) COURT NO.: 23-00154 |
| v. | ) ) ) |
| UNITED STATES CUSTOMS AND BORDER PROTECTION | ) ) ) |
| Defendant. | ) ) ) |

**Order of Dismissal**

This action, having been voluntarily noticed for dismissal by Plaintiff, is dismissed.

Dated: November 8, 2023

Clerk, U.S. Court of International Trade

By: /s/ Jason Chien

Deputy Clerk